

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2018

No. 04-17-00584-CR

Jody Ybarra **SALDIVAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR6803
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant has filed a motion to supplement the clerk's record with a nunc pro tunc order. If a relevant item has been omitted from the clerk's record, the proper method for requesting a supplemental record is by letter directed to the trial court clerk. *See* TEX. R. APP. P. 34.5(c). In the interest of efficiency, the clerk of this court is DIRECTED to forward a copy of appellant's motion to the trial court clerk who is ORDERED to file the supplemental clerk's record in this court no later than twenty days from the date of this order. Appellant's motion is MOOT.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2018.

_____
Keith E. Hottle
Clerk of Court